UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL AGUILAR and ROLANDO TAYUN CHAN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIMO MANAGEMENT GROUP CORP. d/b/a SUYO GASTROFUSION and NILSON DIAZ, in his individual and professional capacities,<br><br>    Defendants. | Case No.: 1:21-cv-07357-PGG-BCM |

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

IT IS HEREBY STIUPLATED AND AGREED by and between the parties, and Ordered by the Court that:

(a) Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act and New York Labor Law is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b) Defendants shall tender all payments to Plaintiffs and Plaintiffs' counsel in accordance with the schedule set forth in the Settlement Agreement and Release;

(c) The above-captioned action and all causes of action asserted therein are hereby dismissed; and

(d) The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the terms of the Settlement Agreement and Release.

1

Case 1:21-cv-07553-PGG-BCM Document 768 Filed 11/16/23 Page 2 of 2

| Dated: June 19, 2023<br>New York, New York | Dated: June 19, 2023<br>White Plains, New York |
|---|---|
| **FARUQI & FARUQI, LLP** | **KAUFMAN DOLOWICH & VOLUCK LLP** |
| By: _____<br>Innessa M. Huot<br>Camilo M. Burr | By: _____<br>Alexandra Robins |
| 685 Third Avenue, 26th Floor<br>New York, New York 10017<br>Tel: 212-983-9330<br>Fax: 212-983-9331<br>ihuot@faruqilaw.com<br>cburr@faruqilaw.com | 245 Main Street, Suite 330<br>White Plains, New York 10601<br>Tel: 914-470-0001<br>srobins@kdvlaw.com<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiffs and the FLSA Collective* | |

SO ORDERED:

_____  Nov. 13, 2023
HON. PAUL G. GARDEPHE
United States District Court Judge